In the Matter of SAMUEL WELTMAN, an Incompetent Person.

JOSEPH W. GOTTLIEB, as Committee of the Person, Appellant; CHASE NATIONAL BANK, as Committee of the Property, Respondent.

*Incompetent persons — allowance to committee of person for services properly reduced.*

*Matter of Weltman*, 206 App. Div. 716, affirmed.

(Submitted October 3, 1923; decided October 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered May 25, 1923, which modified and affirmed as modified an order of Special Term reducing the amount allowed as compensation for services to a committee of the person of an incompetent.

*Myron Krieger* for appellant.

*Meier Steinbrink* and *Frank E. Johnson* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.